RK:co

AO 91 (Rev. 11/11) Criminal Complaint

## UNITED STATES DISTRICT COURT
### for the
### District of Minnesota

UNITED STATES OF AMERICA

v.

ISABEL LOPEZ

**FILED UNDER SEAL PURSUANT TO ORDER**

Case No. 25-mj-356 (JFD)

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about June 3, 2025, in the State and District of Minnesota, ISABEL LOPEZ did forcibly assault, resist, oppose, impede, intimidate, and interfere with an officer or employee of the United States or of any agency in any branch of the United States Government (including any member of the uniformed services) while such officer or employee is engaged in or on account of the performance of official duties, or any person assisting such an officer or employee in the performance of such duties or on account of that assistance, that is, officers from the Federal Bureau of Investigation and the Hennepin County Sheriff's Office, where the acts in violation involved physical contact with the victim of that assault or the intent to commit another felony, all in violation of Title 18, United States Code, Section 111(a)(1).

I further state that I am an FBI Special Agent and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof: ☒Yes ☐ No

_____
*Complainant's signature*

SUBSCRIBED and SWORN before me
by reliable electronic means (Zoom and email)
pursuant to Fed. R. Crim. P. 41(d)(3).

Special Agent Monica Evans
FBI
_____
*Printed name and title*

Date: June 9, 2025

_____
*Judge's Signature*

City and State: St. Paul, MN

The Honorable John F. Docherty
United States Magistrate Judge
_____
*Printed Name and Title*